# EXHIBIT 1

# NEUHEISEL LAW FIRM, P.C.

RICHARD G. NEUHEISEL
KATHRYN A. NEUHEISEL*
DEBORAH S. HARVEGO

\* Also Admitted in California and District of Columbia

WELLS FARGO BANK BUILDING
64 EAST BROADWAY ROAD, SUITE 245
TEMPE, ARIZONA 85282-1355
TELEPHONE: (480) 838-5000
FAX: (480) 557-6366

2007 NOV -8 AM 9: 25
CITY CLERK DEPT

VIA FACSIMILE AND REGULAR MAIL NO. (602) 495-5847

November 7, 2007

Phoenix City Clerk's Office
Claims Division
200 West Washington
Phoenix, Arizona 85003

Re: Notice of Claim (Rodney J. Adams Date of Injury May 17, 2007)

Gentlemen:

Please be advised that pursuant to A.R.S. § 12-821.01, this office is submitting a Notice of Claim on behalf of our client Rodney J. Adams, who was racially discriminated against at Sky Harbor Airport by Shuttleport Arizona Joint Venture, also known as Shuttleport/Veolia. Shuttleport has an exclusive shuttle service contract with the City of Phoenix and Sky Harbor Airport.

As a result of the racial discrimination incurred by Mr. Adams, Shuttleport wrongfully terminated Mr. Adam's employment on May 17, 2007.

Mr. Adams was an employee of Shuttleport since March, 2006. Beginning in June, 2006, Mr. Adams began reporting incidents of racial harassment against him including being continuously referred to as the Baseline killer/rapist by a co-worker and being referred to as "nigger" and being physically assaulted.

A co-worker reported to the Phoenix police that Mr. Adams was the Baseline killer/rapist and the police investigated these allegations and interviewed Mr. Adams. Nothing was ever done to protect Mr. Adam's interests, his reputation or his job security by either Shuttleport or the City of Phoenix.

Mr. Adams reported Shuttleport's discriminatory practices to the EEOC on three different occasions and nothing was ever done. Shuttleport in February 2007, set forth in a position statement that since the allegations that Mr. Adams was wrongfully accused by a co-worker of committing crimes and being the Baseline killer/rapist because the co-worker was a citizen there was nothing that could be done by Shuttleport.

Phoenix City Clerk's Office
November 7, 2007
Page 2

The damages that have been incurred by Mr. Adams for his loss of employment, loss of income, loss of future employment opportunities, loss of reputation and mental distress and emotional distress along with fear for his physical safety and for his life, have been extraordinary.

The City of Phoenix owns Sky Harbor Airport, entered into a contract with Shuttleport requiring certain standards and requiring that no laws be violated and yet even though two City of Phoenix detectives were well aware of the wrong-doing against Mr. Adams thereby giving the City of Phoenix notice of this wrong-doing against Mr. Adams. The City of Phoenix failed to satisfy its duty to Mr. Adams and he has suffered physically, mentally, emotionally and has lost income.

Mr. Adams is demanding the sum of $300,000 to settle this claim. Please acknowledge this letter as a Notice of Claim in this matter along with my representation of Mr. Adams' interests. I will look forward to hearing from a City of Phoenix representative about this matter at the earliest possible date.

Very truly yours,

Richard G. Neuheisel
RGN/jz

cc: Mr. Rodney Adams