**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Rodney J. Adams,<br><br>    Plaintiff,<br><br>vs.<br><br>Shuttleport Arizona Joint Venture; Shuttleport Services Arizona LLC; Shuttleport Holdings Inc.; Veolia Transportation Services, Inc.; City of Phoenix; Robert Bean,<br><br>    Defendants. | No. CV 07-2170-PHX-JAT<br><br>**ORDER** |

On March 11, 2008, the Judge formerly assigned to this case ordered Plaintiff to show cause why the Defendants should not be dismissed for failing to serve within the time limits of Federal Rule of Civil Procedure 4(m). Doc. #16. Plaintiff has responded and alleged that he served the City of Phoenix personally, he served Shuttleport Arizona Joint Venture, Shuttleport Services Arizona LLC, Shuttleport Holdings, Inc., and Veolia Transportation Services, Inc. by waiver through their counsel, and he seeks an extension of time to serve Bean. Doc. #26.

**City of Phoenix**

The Court notes that the City of Phoenix has now appeared and moved for judgment on the pleadings. Without prejudice to future consideration of any arguments made in the

1  pending motion, the Court finds Plaintiff has shown cause with regard to the City of Phoenix
2  and the City of Phoenix will not be dismissed at this time.

### Shuttleport Arizona Joint Venture, Shuttleport Holdings, Inc., and Veolia Transportation Services, Inc.

The Court notes that a waiver of service was signed on March 14, 2008 by counsel for Shuttleport Services Arizona, LLC. The Court notes that counsel signed said waiver ONLY on behalf of Shuttleport Services Arizona, LLC. Therefore, Plaintiff is incorrect in Doc. #26 wherein he alleges that he also served Shuttleport Arizona Joint Venture, Shuttleport Holdings, Inc., and Veolia Transportation Services, Inc. The Court's conclusion is supported by the e-mailed attached by Plaintiff, wherein defense counsel seeks dismissal of Shuttleport Arizona Joint Venture, Shuttleport Holdings, Inc., and Veolia Transportation Services, Inc., and does not indicate that he will waive service for those Defendants. Doc. #26, Exhibit B. Thus, Shuttleport Arizona Joint Venture, Shuttleport Holdings, Inc., and Veolia Transportation Services, Inc. have not been served and no cause has been shown for this failure to timely serve. As a result, these three defendants will be dismissed.

### Shuttleport Services Arizona, LLC

With regard to the Defendant for whom a waiver was executed, Shuttleport Services Arizona, LLC, it appears the waiver sent on March 14, 2008, was also untimely under Federal Rule of Civil Procedure 4(m) (the complaint was filed November 7, 2007). Because of the waiver, the Court will not dismiss Shuttleport Services Arizona, LLC at this time, but this lack of dismissal is without prejudice to Shuttleport Services Arizona, LLC moving to dismiss on this basis if it so chooses at the time it responds to the complaint.

### Bean

Finally, with regard to Defendant Bean, Plaintiff seeks an unspecified extension of time to serve Defendant Bean because, "Defendant Bean was a co-worker of Plaintiff. Plaintiff does not know Defendant Bean outside the work place and has been unable to obtain an address for process of service upon Defendant Bean." Doc. #26 at 2. This request fails to show what efforts, if any, have been made to try to locate Defendant Bean. Thus, the

1  Court finds that Plaintiff has failed to show excusable neglect for his request to extend this
2  expired deadline. *See* Fed. R. Civ. Pro. 6(b).  Accordingly, the request for extension will be
3  denied.  Further, Plaintiff has failed to show cause for his failure to timely serve and, as a
4  result, Defendant Bean will be dismissed.

5  Based on the foregoing,

6  **IT IS ORDERED** that Defendants Shuttleport Arizona Joint Venture, Shuttleport
7  Holdings, Inc., Veolia Transportation Services, Inc., and Robert Bean are dismissed, without
8  prejudice, as a result of Plaintiff's failure to timely serve them under Federal Rule of Civil
9  Procedure 4(m).

10  DATED this 16th day of April, 2008.

_____
James A. Teilborg
United States District Judge